UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CHARLES WREN, | No. 2:24-cv-0455 DB P |
| Petitioner, | |
| v. | ORDER |
| CHCF STOCKTON PRISON-HOSPITAL, | |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner submitted a petition that was filed on the docket on February 12, 2024. Approximately two weeks later, petitioner submitted a request that this action be closed (ECF No. 5) because he made a mistake in filing the instant action. The court construes petitioner's filing as a notice of voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a); see also Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254.

Dated: March 15, 2024

DB:12
DB/DB Prisoner Inbox/Habeas/R/wren0455.159

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1